UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                                          CHAPTER 13 PROCEEDING:
JAVIER & MARIA GARCIA                                        05-11933-B-13
DEBTORS

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.  Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Dec 29, 2005.

    2.  This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.  Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.  Creditor listed below cannot identify account.

        WELLS FARGO OPERATION CENTER
        LOAN SERVICING PYMNT PROCESS
        7412 JEFFERSON BLVD NE
        ALBUQUERQUE, NM  87109

    5.  As a result, funds owed to the creditor in the amount of $57.01 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, November 19, 2010

                                                                         Cindy Boudloche
                                                                         Chapter 13 Trustee
                                                                         555 N. Carancahua Ste 600
                                                                         Corpus Christi, TX  78401-0823
                                                                         (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                     CHAPTER 13 PROCEEDING:
JAVIER & MARIA GARCIA                         05-11933-B-13
DEBTORS

### CERTIFICATE OF SERVICE

    I, Cindy Boudloche , do hereby certify that on Nov 19, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


JAVIER AND MARIA GARCIA                  MALAISE LAW FIRM PC (ER)
25784 DREW AVE                                   1265 N EXPRESSWAY 83
SAN BENITO, , TX  78586                      BROWNSVILLE, TX  78520

WELLS FARGO OPERATION CENTER
LOAN SERVICING PYMNT PROCESS
7412 JEFFERSON BLVD NE
ALBUQUERQUE, NM  87109